18-352/jhl/jsg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

**RENETTE JEAN-BAPTISTE**, on behalf of
**KEVENS JEAN-BAPTISTE**, a minor,

      Plaintiff,

vs.

**CITY OF BOYNTON BEACH,** a political
subdivision of the State of Florida, and
**GERMAINE JONES,** individually,

      Defendants.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, GERMAINE JONES (hereinafter "Officer Jones"), by and through his undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441(a), & 1446(b)(3), hereby provides this Notice of the Removal of the above captioned action from the Fifteenth Judicial Circuit Court in and for Palm Beach County to the United States District Court for the Southern District of Florida and states as follows:

    1.    Plaintiff, RENETTE JEAN-BAPTISTE, on behalf of KEVENS JEAN-BAPTISTE, a minor, (hereinafter "Plaintiff"), originally filed his Complaint for monetary relief in the Fifteenth Judicial Circuit Court in and for Palm Beach County on May 7, 2018. Officer Jones was served with the Summons and Complaint on May 18, 2018. *See Summons and Plaintiff's Complaint attached as Exhibit A.*

    2.    Plaintiff's Complaint attempts to allege two counts: (1) a state law battery claim against the City of Boynton Beach; and (2) a claim under 42 U.S.C. § 1983 against Officer Jones

1

for alleged excessive force. With respect to Count II of Plaintiff's Complaint against Officer Jones, Plaintiff alleges that Officer Jones violated his rights under the Fourth and Fourteenth Amendments of the United States Constitution. Plaintiff also seeks attorneys' fees against Officer Jones pursuant to 42 U.S.C. §1988.

3. Pursuant to 28 U.S.C. §1331, this Court now has original jurisdiction over this action, as Plaintiff's proposed 42 U.S.C. § 1983 civil action against Officer Jones and his request for attorneys' fees pursuant to 42 U.S.C. §1988 arise under the Constitution and laws of the United States.  Pursuant to 28 U.S.C. §§ 1331 & 1441(a), Officer Jones may remove this action to this Court.

4. Pursuant to 28 U.S.C. § 1446(b)(1), this notice of removal is timely.  28 U.S.C. § 1446(b)(1) states:

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

5. In accordance with 28 U.S.C. § 1446(a), attached hereto as exhibits are copies of: Plaintiff's Complaint, Civil Cover Sheet, the process served upon Officer Jones, Officer Jones' Motion to Dismiss Complaint, and Notice of Filing Exhibit A to Defendant's Motion to Dismiss. *See Composite Exhibit B.*

6. Concurrent with the filing of this Notice of Removal with this Court, Officer Jones will provide Notice of Removal to the Plaintiff, through the attorney of record in the State Court Action, as required by 28 U.S.C. Section 1446(d), as well as notice to the Clerk of the Court in and for the Fifteenth Judicial Circuit Court for Palm Beach County, State of Florida.

7. Counsel for Officer Jones has confirmed with counsel for the City of Boynton Beach pursuant to 28 U.S.C. § 1446(b)(2)(A) and confirmed that the City consents to removal of the instant action.

8. This Notice is timely, being filed within thirty (30) days service of Plaintiff's Complaint on Officer Jones.

WHEREFORE, Defendant, GERMAINE JONES, respectfully requests that this Honorable Court, pursuant to 28 U.S.C. §1441, grant an Order in favor of Officer Jones to remove this action to the United States District Court for the Southern District of Florida.

Respectfully submitted,

/s/ Lyman H. Reynolds, Jr.
LYMAN H. REYNOLDS, JR.

Dated: June 8, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of June, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/EFC. I also certify that the foregoing document is being served this day to Kevin R. Anderson, Esq., Counsel for Plaintiff, Anderson & Welch, LLC, 500 S. Australian Ave., 6th Floor, West Palm Beach, FL 33401; andewelch@andersonandwelch.com, kan@andersonandwelch.com, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
470 Columbia Drive, Bldg. C101
West Palm Beach, FL  33409
Phone: 561-688-6560/Fax: 561-688-2343
E-Service: service_LHR@rrbpa.com
Email: lreynolds@rrbpa.com
Attorneys for Defendant Jones


/s/Lyman H. Reynolds, Jr.
LYMAN H. REYNOLDS, JR.
Florida Bar No: 380687

STYLE: JEAN-BAPTISTE v. CITY OF BOYNTON BEACH & JONES
CASE NO.: 50 2018 CA 005593 XXXX MB AH
OUR FILE NO.: 18-352

## **COUNSEL LIST**

KEVIN R. ANDERSON, ESQ.
Anderson & Welch, LLC
500 S. Australian Ave., 6th Floor
West Palm Beach, FL 33401
Counsel for Plaintiff
PHONE: 561-832-3386
FAX: 561-820-4867
E-SERVICE: andewelch@andersonandwelch.com
EMAIL kan@andersonandwelch.com
FBN: 0044857

LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL 33409
Counsel for Defendant Jones
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com
EMAIL: lreynolds@rrbpa.com
    bsmith@rrbpa.com
FBN: 380687