IN THE CIRCUIT COURT OF THE 15th
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, STATE OF FLORIDA

Renette Jean-Baptiste on Behalf of Kevens )
Jean-Baptiste, a minor, )
         *Plaintiff,* )
          )
v. )
          )
The City of Boynton Beach, a political subdivision )   Case No.:
of the State of Florida, and Germaine Jones, )
individually, )   Division:
         *Defendants.* )
_____/

## COMPLAINT

**COMES NOW**, Renette Jean-Baptiste on behalf of Kevens Jean-Baptiste, a minor, by and through undersigned counsel, seeks money damages in excess of $15,000.00, exclusive of costs, interest and attorneys' fees and sues The City of Boynton Beach, a political subdivision of the State of Florida, and Germaine Jones, in his individual capacity, and states:

### JURISDICTIONAL ALLEGATIONS

1. This is an action for damages in excess of $15,000.00 (fifteen-thousand dollars) plus taxable costs.

2. This is an action which meets this Court's jurisdictional threshold.

3. Kevens Jean-Baptiste's claims are presented through Renette Jean-Baptiste on his behalf as a minor and are made pursuant to Florida Statute 768.28; 42 U.S.C. §1983; the 4th and 14th Amendments to the Constitution of the United States of America.

4. All acts and occurrences material to this cause of action were committed in Palm Beach County, Florida.



## PARTIES

5. Kevens Jean-Baptiste [hereinafter Plaintiff] is presently a minor and resident of the State of Florida, domiciled in Palm Beach County, Florida. Renette Jean-Baptiste is parent and guardian of Kevens Jean-Baptiste and commences this suit on his behalf.

6. Defendant, The City of Boynton Beach [hereinafter, Defendant City] is a political subdivision of the State of Florida. In this cause, Defendant City acted through its agents, employees and servants.

7. Defendant, Germaine Jones [hereinafter, Defendant Jones] is an adult resident of the State of Florida and at all times material to the present allegations was employed by The City of Boynton Beach in the capacity of a law enforcement officer. Defendant Jones is sued in his individual capacity.

## CONDITIONS PRECEDENT

8. All conditions precedent to the prosecution of this action have occurred, or have been performed, excused or waived.

9. On or about August 25, 2014, Plaintiff forwarded a written notice pursuant to Fla. Stat. 768 to Defendant City and the Florida Department of Financial Services, Division of Risk Management.

## GENERAL ALLEGATIONS & FACTS COMMON TO ALL COUNTS

10. On May 8, 2014, a school bus operator transporting Palm Beach public school students was stopped by the bus driver because several of the students were alleged to have been disruptive on the bus.

11. The school bus driver contacted Palm Beach County School Board Police Central Dispatch, who then dispatched the Boynton Beach Police Department to address the students' activity.

12. Defendant Jones and Officer Fabrice Jeanniton, who were both at that time law enforcement officers employed by the Boynton Beach Police Department, an agency of and within Defendant City, arrived and boarded the school bus.

13. The bus driver suspected Plaintiff and another student of having involvement with disruption on the bus. The bus driver asked Defendant Jones and Officer Jeanniton to remove Plaintiff and the other student from the bus.

14. Defendant Jones handcuffed then swiftly grabbed Plaintiff around the neck, physically lifted him from the floor of the bus and forcibly shuffled Plaintiff down the narrow bus aisle exit steps, and onto the ground near the bus.

15. Plaintiff, while standing in the location where he was placed, was then approached by Officer Cynthia Rivera [hereinafter Officer Rivera] who initiated conversation with him. As Plaintiff began to explain to Officer Rivera the events that occurred on the bus, without provocation, Defendant Jones quickly placed the handcuffed Plaintiff in a rear choke hold, lifting him off the ground once again.

16. While holding Plaintiff in a rear restraint, Defendant Jones forcibly shuffled Plaintiff across the sidewalk and seated him in the grass. Defendant Jones then walked away from the area, leaving Plaintiff with Officers Jeanniton and Rivera.

17. Plaintiff was then ordered to his feet by Officer Jeanniton who grabbed the handcuffed Plaintiff by his arm and raised him to a standing position.

18. While Officer Jeanniton and Plaintiff were facing each other, Defendant Jones swiftly walked directly towards Plaintiff from several feet away and applied a leg sweeping maneuver to the now defenseless, handcuffed minor causing him to violently fall uncontrollably backwards to the ground.

19. Plaintiff laid motionless on the ground for a few moments, as he briefly lost consciousness due to the fall. Plaintiff sustained physical injury.

20. At all times during his seizure and detention, Plaintiff's hands were restrained behind his back with handcuffs.

## COUNT I (ONE)
## CLAIM FOR EXCESSIVE FORCE (BATTERY) AGAINST DEFENDANT, CITY, COGNIZABLE UNDER FLORIDA LAW

For his cause of action against Defendant City, in Count I, Plaintiff re-alleges and adopts, as if fully set forth, the allegations contained in paragraphs 1-20 and would further state:

21. Defendant Jones at all times relevant to this incident was an agent or employee of Defendant City, acting under color of law and in his course and scope of employment.

22. Defendant Jones did intentionally and unlawfully touch Plaintiff by deliberately and forcefully placing his arm around the neck of the handcuffed Plaintiff, thereby creating a choke hold.

23. Defendant Jones then lifted the handcuffed Plaintiff off the bus floor. He forcibly carried him several feet inside the bus and also again after shuffling Plaintiff off the bus, thereby causing pain and physical injuries to the handcuffed Plaintiff.

24. Defendant Jones did intentionally and unlawfully touch Plaintiff by also deliberately performing a leg sweeping maneuver on the handcuffed, defenseless, minor Plaintiff who then fell uncontrollably backwards striking his head and back upon the ground.

25. The actions of Defendant Jones were likely to, and actually did result in physical injury, pain and physical discomfort to Plaintiff.

26. The Plaintiff did not consent to Defendant Jones' use of force. The use of such force was neither justifiable or excusable.

27. The conduct of Defendant City's agent towards Plaintiff, as more fully set forth above, was objectively unreasonable and constituted unnecessary, excessive and actual use of force constituting a series of excessive force against Plaintiff.

28. As a result of the actions of Defendant City's agent and employee, Plaintiff has suffered and continues to suffer damages which include: physical pain and suffering, physical discomfort, medical expenses for past, continued and future treatment, mental anguish and emotional suffering, embarrassment, humiliation, and the accrual of legal costs and fees.

**WHEREFORE**, Plaintiff demands judgment against City for compensatory damages in excess of $15,000.00, and costs of this action together with any post judgment interest, all equitable relief and requests a jury trial of all issues so triable.

## COUNT II (TWO)
## CLAIM OF EXCESSIVE FORCE (BATTERY) AGAINST DEFENDANT JONES, INDIVIDUALLY, COGNIZABLE UNDER 42 U.S.C. §1983

For his cause of action against Defendant Jones, individually in Count II, Plaintiff re-alleges and adopts, as if fully set forth, the allegations contained in paragraphs 1-20 and would further state as follows:

29. Defendant Jones at all times relevant to this incident was an agent or employee of Defendant City, acting under color of law and in his course and scope of employment.

30. Defendant Jones did intentionally and unlawfully touch Plaintiff by deliberately and forcefully placing his arm around the neck of the handcuffed Plaintiff, thereby creating a choke hold.

31. Defendant Jones then lifted the handcuffed Plaintiff off the bus floor. He forcibly carried him several feet inside the bus and also again after shuffling Plaintiff off the bus, thereby causing pain and physical injuries to the handcuffed Plaintiff.

32. Defendant Jones did intentionally and unlawfully touch Plaintiff by also deliberately performing a leg sweeping maneuver on the handcuffed, defenseless, minor Plaintiff who then fell uncontrollably backwards striking his head and back upon the ground.

33. The actions of Defendant Jones were likely to, and actually did result in physical injury, pain and physical discomfort to Plaintiff.

34. The Plaintiff did not consent to Defendant Jones' use of force. The use of such force was neither justifiable or excusable.

35. The conduct of Defendant City's agent towards Plaintiff, as more fully set forth above, was objectively unreasonable and constituted unnecessary, excessive and actual use of force constituting a series of excessive force against Plaintiff.

36. The conduct of Defendant Jones towards Plaintiff, as more fully set forth above, was also in violation of Plaintiff's clearly established constitutional rights under the 4th and 14th Amendments of the United States Constitution; 42 U.S.C. Section 1983; and Florida law.

37. As a direct and proximate result of the actions of Defendant Jones, in violation of 42 U.S.C. Section 1983, Plaintiff suffered and continues to suffer damages which include: physical pain and suffering, physical discomfort, medical expenses for past, continued,

future treatment, mental anguish and emotional suffering, embarrassment, humiliation, the incurment of legal costs and fees all in violation of Plaintiff's civil rights.

**WHEREFORE**, Plaintiff demands judgment against Defendant Jones for compensatory and exemplary damages, and costs of this action together with any post judgment interest, imposition of reasonable attorney fees pursuant to 42 U.S.C. § 1988, and, any and all equitable relief and requests a jury trial of all issues so triable.

Respectfully Submitted,

s/ Kevin R. Anderson
Kevin R. Anderson, Esq.
Florida Bar No.: 0044857
andewelch@andersonandwelch.com
Anderson & Welch, LLC
500 S. Australian Ave., 6th Floor
West Palm Beach, FL 33401-6237
Telephone: 561-832-3386
Facsimile: 561-820-4867

*Attorney for the Plaintiff*
Kevens Jean-Baptiste

c/oIN THE CIRCUIT COURT OF THE 15th
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, STATE OF FLORIDA

Renette Jean-Baptiste on Behalf of Kevens )
Jean-Baptiste, a minor, )
       *Plaintiff,* )
     )
     )
v. )
     )
The City of Boynton Beach, a political subdivision ) Case No.: 502018CA005593XXXXMB
of the State of Florida, and Germaine Jones )
individually, )
       *Defendants.* )
     )
_____/

## SUMMONS
## IMPORTANT

TO/PARA/A:  Germaine Jones
               c/o Boynton Beach Police Department
               100 E. Boynton Beach Blvd.
               Boynton Beach, FL 33435

### IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at 205 North Dixie Highway, West Palm Beach, Florida 33401. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

    If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

*ANDERSON & WELCH, LLC.*
*ATTN: KEVIN R. ANDERSON, ESQ.*
*500 S. AUSTRALIAN AVE., SIXTH FLOOR*
*WEST PALM BEACH, FL 33401*
*TELEPHONE: (561) 832-3386*

[handwritten: 5-18-18 A.M. 9:40 A.M. TN#477]

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 205 North Dixie Highway, West Palm Beach, Florida 33401. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

*ANDERSON & WELCH, LLC.*
*ATTN: KEVIN R. ANDERSON, ESQ.*
*500 S. AUSTRALIAN AVE., SIXTH FLOOR*
*WEST PALM BEACH, FL 33401*
*TELEPHONE: (561) 832-3386*

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papeles que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: 205 North Dixie Highway, West Palm Beach, Florida 33401. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

*ANDERSON & WELCH, LLC.*
*KEVIN R. ANDERSON, ESQ.*
*500 S. AUSTRALIAN AVE., SIXTH FLOOR*
*WEST PALM BEACH, FL 33401*
*TELEPHONE: (561) 832-3386*

Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande.

Il faut aviser le greffier de votre adresse actuelle Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named municipality.

DATED: May 09 2018

(SEAL)



CLERK OF THE CIRCUIT COURT

By: *Shannon Fatu*
Deputy Clerk     SHANNON FATU

Filing # 71796840 E-Filed 05/07/2018 08:39:38 PM

IN THE CIRCUIT COURT OF THE 15th
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, STATE OF FLORIDA

Renette Jean-Baptiste on Behalf of Kevens )
Jean-Baptiste, a minor, )
     *Plaintiff,* )
)
v. )
)
The City of Boynton Beach, a political subdivision )   Case No.: 502018CA005593XXXXMB
of the State of Florida, and Germaine Jones )
individually, )   Division:
     *Defendants.* )

**SUMMONS**
**IMPORTANT**

5-18-18
9:46AM
TN #477

TO/PARA/A:  The City of Boynton Beach,
                 a political subdivision of the State of Florida
                 100 E. Boynton Beach Blvd.
                 Boynton Beach, FL 33435

**IMPORTANT**

     A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at 205 North Dixie Highway, West Palm Beach, Florida 33401. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.

     **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

*ANDERSON & WELCH, LLC.*
*ATTN: KEVIN R. ANDERSON, ESQ.*
*500 S. AUSTRALIAN AVE., SIXTH FLOOR*
*WEST PALM BEACH, FL 33401*
*TELEPHONE: (561) 832-3386*

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 205 North Dixie Highway, West Palm Beach, Florida 33401. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

*ANDERSON & WELCH, LLC.*
*ATTN: KEVIN R. ANDERSON, ESQ.*
*500 S. AUSTRALIAN AVE., SIXTH FLOOR*
*WEST PALM BEACH, FL 33401*
*TELEPHONE: (561) 832-3386*

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: 205 North Dixie Highway, West Palm Beach, Florida 33401. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

*ANDERSON & WELCH, LLC.*
*KEVIN R. ANDERSON, ESQ.*
*500 S. AUSTRALIAN AVE., SIXTH FLOOR*
*WEST PALM BEACH, FL 33401*
*TELEPHONE: (561) 832-3386*

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle   Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named municipality.

DATED:

May 09 2018

(SEAL)

CLERK OF THE CIRCUIT COURT

By: *Blake Smith*
Deputy Clerk
BLAKE SMITH